**FILED**
October 14, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                      )     Case No.  2:08-mj-340 GGH
            Plaintiff,                )
v.                                    )     ORDER FOR RELEASE
                                      )     OF PERSON IN CUSTODY
Somachy Keo,                          )
                                      )
            Defendant.                )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  Somachey Keo  Case 2:08-mj-340 GGH  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  Unsecured bond in the amount of $25,000 cosigned by ~~Alicia~~ Elysa Chan

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) Probation conditions/supervision; seek/maintain employment


Issued at  Sacramento, CA  on 10/14/08  at  2:55 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge